PROB 12C
(6/16)

Report Date: December 30, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremiah Dale Fuller | Case Number: 0980 2:14CR00090-SAB-1 |
| Address of Offender: | , Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 60 Months; TSR - 240 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: March 14, 2019 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: March 13, 2039 |

## PETITIONING THE COURT

**To issue a SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Fuller is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about December 27, 2021, based on both positive urinalysis testing and the client's admission of such use.<br><br>On March 14, 2019, Mr. Jeremiah Fuller signed his conditions relative to case number 2:14CR00090-SAB-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Fuller was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.<br><br>On December 27, 2021, the undersigned officer contacted the client in response to an automated notification received from the client's installed cellular telephone monitoring software, currently employed as approved by the Court based on the modification of conditions dated March 15, 2019. The notification in question had flagged a text message exchange between the client and his girlfriend/sponsor, which appeared to substantiate that the client had relapsed. Mr. Fuller was directed to report to the U.S. Probation Office on the day in question for urinalysis testing, which he committed to doing. It should be noted, as a |

Prob12C
Re: Fuller, Jeremiah Dale
December 30, 2021
Page 2

part of the telephone call, both the client and his girlfriend/sponsor verified the client was in fact clean and sober, further elaborating that their previous discussion had been an overreaction to a proposed event that never actually took place.

Mr. Fuller subsequently reported on the day in question and again reaffirmed his sobriety. The client submitted a urine sample that reflected as being presumptive positive for marijuana. Upon being confronted, the client admitted to having previously ingested a cookie infused with marijuana that his sister had made. Mr. Fuller advised he felt no effects from the substance, and advised he was unaware the cookie harbored the drug until his sister later advised him of such, when she realized a cookie was missing from those which she had baked. The client stated he most recently ate the edible on or about December 5, 2021.

Mr. Fuller was then advised that it was unlikely he would remain testing positive for marijuana over 3 weeks past his having ingested one edible, at which time he replied it was in fact a cookie and a half and they were very large. Mr. Fuller subsequently signed a drug use admission form documenting his previous use of marijuana as previously occurring on or about December 5, 2021.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 30, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/3/2022
Date