PROB 12C
(6/16)

Report Date: January 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Dale Fuller          Case Number: 0980 2:14CR00090-SAB-1

Address of Offender: ███████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 60 Months; TSR - 240 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 7, 2022) | Prison - 5 Months; TSR - Ordered to expire March 13, 2039 | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: November 15, 2022 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: March 13, 2039 |

---

## PETITIONING THE COURT

**To issue a SUMMONS.**

On November 18, 2022, Mr. Jeremiah Fuller signed his conditions relative to case number 2:14CR00090-SAB-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Fuller was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Fuller is alleged to have violated mandatory condition number 3 by testing positive for norfentanyl, a metabolite of fentanyl, on or about January 4, 2023, during random urinalysis conducted by the undersigned officer at the U.S. Probation Office in Spokane.

Prob12C
**Re: Fuller, Jeremiah Dale**
**January 20, 2023**
**Page 2**

Specifically, on January 3, 2023, Mr. Fuller was contacted telephonically by the undersigned officer and directed to report to the U.S. Probation Office in Spokane on January 4, 2023, to address the client's having temporarily resided at his mother's residence in Wenatchee, Washington, a location known to him to exist within 1000 feet of several locations where children congregate. This conduct was previously reported to the Court in a request for no action dated January 11, 2023.

On January 4, 2023, Mr. Fuller reported as directed, and submitted a urinalysis sample that presented with a very faint line for fentanyl. Mr. Fuller adamantly denied use, and did sign a drug use denial form, serving to document his denial as stated. The sample was packaged and forward to the lab for verification. On January 12, 2023, the lab report specific to the sample was received by the undersigned officer, in which the sample was confirmed to be both positive for norfentanyl, a metabolite of fentanyl, and diluted.

On January 18, 2023, Mr. Fuller was contacted in response to the received report; however, has since remained resolute in his denial of any use of the substance as outlined.

The U.S. Probation Office respectfully recommends the Court **issue a <u>SUMMONS</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | January 20, 2023 |
| | s/ Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[ X ]  The Issuance of a Summons
[  ]  Other

Signature of Judicial Officer

1/20/2023

Date