PROB 12C
(6/16)

Report Date: April 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Dale Fuller            Case Number: 0980 2:14CR00090-SAB-1

Address of Offender: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2014

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) |
| Original Sentence: | Prison - 60 Months; TSR - 240 Months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 7, 2022) | Prison - 5 Months; TSR - Ordered to expire March 13, 2039 |
| Asst. U.S. Attorney: | David Michael Herzog |
| | Date Supervision Commenced: November 15, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs |
| | Date Supervision Expires: March 13, 2039 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/27/2023.

On November 18, 2022, Mr. Jeremiah Fuller signed his conditions relative to case number 2:14CR00090-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Fuller is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about both March 21 and 27, 2023, based on urinalysis testing, and by ingesting fentanyl on or about March 21, 2023, based on urinalysis testing. |
| | Specifically, and as the Court may recall, on March 20, 2023, Mr. Fuller reported to the U.S. Probation Office and submitted to urinalysis testing as directed by the undersigned officer. |

Prob12C
Re: Fuller, Jeremiah Dale
April 18, 2023
Page 2

Mr. Fuller ultimately admitted to ingesting fentanyl as most recently occurring on or about March 17, 2023. This information was previously provided to the Court in the petition dated March 27, 2023. Mr. Fuller's urinalysis sample as described herein was later verified by the contract laboratory to be positive for fentanyl and negative for amphetamine and methamphetamine.

On March 21, 2023, Mr. Fuller's assigned testing color was called by the contract provider and he reported to the provider for testing as required. Mr. Fuller subsequently submitted a sample for testing that tested presumptive positive for amphetamine, methamphetamine, and fentanyl. A drug use admission form was received from the provider on March 22, 2023, in which the client signed his name, admitting to ingesting fentanyl on or about March 19, 2023, writing on the form, "I just used fentanyl I don't know if it was cut with something else." Mr. Fuller's sample as outlined herein was later verified by the contract laboratory to be confirmed positive for amphetamine, methamphetamine, and fentanyl.

On March 27, 2023, Mr. Fuller reported to the U.S. Probation Office in Spokane and again submitted to urinalysis testing as directed by the undersigned officer. Mr. Fuller again provided a urinalysis sample that tested presumptive positive for amphetamine, methamphetamine, and fentanyl. Mr. Fuller denied any use of any illicit substance occurring since his previous admission of use occurring on or about March 19, 2023. On April 3 and 6, 2023, the lab results specific to the client's denied use of both methamphetamine and fentanyl was received by the U.S. Probation Office in Spokane, respectively, confirming the sample provided by the client as confirmed positive for both substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 18, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Fuller, Jeremiah Dale
April 18, 2023
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

4/18/2023
Date